## Richmond.

### TALLEY v. TOWN OF SOUTH BOSTON.

April 10, 1924.

Error to a judgment of the Circuit Court of Halifax county.

*Reversed.*

*William Leigh, Jr.,* and *Volney E. Howard,* for the plaintiff in error.

*Jas. S. Easley* and *Frank L. McKinney,* for the defendant in error.

PER CURIAM.

This case involves the jurisdiction of the mayor of the town of South Boston over offenses committed more than one mile beyond the corporate limits of the town. This question was settled adversely to the claim of the mayor of said town in the cases of *Jordan* v. *South Boston, Gerst* v. *Commonwealth ex rel South Boston,* and *Banks* v. *Commonwealth ex rel South Boston, ante* page 838, 122 S. E. 265, decided at this term of the court For the reasons stated in the opinion delivered in those cases, the judgment of the Circuit Court of Halifax county in this case will be reversed, the verdict of the jury set aside, and the case dismissed at the costs of the town of South Boston.

*Reversed.*